In the Matter of the Application of Elias G. Mayer, Appellant, for a Construction of the Last Will and Testament of Fanny Mayer, Deceased. Milton M. Davis and Edgar E. Kahn, Trustees, etc., of Fanny Mayer, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.